UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMIN LAKHANI,<br>    Plaintiff,<br>vs.<br><br>JACOB 1535 PROPERTIES, INC.,<br>BHBH, LLC, and<br>DKR MARINE LLC,<br>    Defendants. | Case No. 24-cv-21875-KMW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AGAINST DEFENDANT, DKR MARINE LLC, *ONLY*

Plaintiff, AMIN LAKHANI, by and through undersigned counsel, hereby dismisses this matter without prejudice against the Defendants, DKR MARINE LLC, *only,* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net