UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

JACOB 1535 PROPERTIES, INC.,
BHBH, LLC AND DKR MARINE LLC,
    Defendant(s).

Case No: 24-cv-21875-KMW

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendants, JACOB 1535 PROPERTIES, INC. and BHBH, LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Todd W. Shulby
Todd W. Shulby, Esq. (FBN: 068365)
   *Attorney for Defendants*
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com

s/ David I. Rosenblatt
David Rosenblatt, Esq. (FBN: 1008131)
   *Attorney for Defendants*
Stok Kon + Braverman
One East Broward Blvd., Ste 915
Fort Lauderdale, FL 33301
Telephone: (954) 237-1777
Facsimile: (954) 237-1737
E-mail: drosenblatt@stoklaw.com