UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

JACOB 1535 PROPERTIES, INC.,
BHBH, LLC AND DKR MARINE LLC,
    Defendant(s).

Case No: 24-cv-21875-KMW

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, AMIN LAKHANI, and Defendants, JACOB 1535 PROPERTIES, INC. and BHBH, LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Todd W. Shulby |
| Glenn R. Goldstein (FBN: 55873) | Todd W. Shulby, Esq. (FBN: 068365) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Glenn R. Goldstein & Assoc., PLLC | TODD W. SHULBY, P.A. |
| 8101 Biscayne Blvd., Ste. 504 | 1792 Bell Tower Lane |
| Miami, Florida 33138 | Weston, Florida 33326 |
| 561.573.2106 | Telephone: (954) 530-2236 |
| GGoldstein@G2Legal.net | Facsimile: (954) 530-6628 |
| | E-mail: tshulby@shulbylaw.com |